Opinion issued April 8, 2010

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00051-CR

———————————

KAREN
ALYSE WINGATE, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 174th District Court  

 Harris County, Texas



Trial Court Case No. 1002272

 



 

MEMORANDUM OPINION

          We lack
jurisdiction to hear this appeal.  The
trial court sentenced appellant, Karen Alyse Wingate, and signed a final
judgment in this case on September 13, 2007. 
Appellant did not file a motion for new trial, and therefore the
deadline for filing notice of appeal was
Monday, October 15, 2007, because the thirtieth day after sentencing fell on a
weekend. Tex. R. App. P. 4.1(a)(1). 

          Appellant filed a notice of appeal on January
7, 2010, 815 days after the deadline.  An
untimely notice of appeal fails to vest the appellate court with jurisdiction
to hear the case.  Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996); Douglas v. State,
987 S.W.2d 605, 605-06 (Tex. App.—Houston [1st Dist.] 1999, no pet.).

          We therefore dismiss the appeal for
lack of jurisdiction.

          Any pending motions are denied as
moot.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do not publish.   Tex. R. App. P. 47.2(b).